UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Angelina Delgado v. Bayer Healthcare Pharmaceuticals, Inc. et al* | No. 10-cv-13577-DRH |
| *Jessica Losse v. Bayer Corporation et al* | No. 10-cv-10025-DRH |
| *Amber E. Lunny v. Bayer Corporation et al* | No. 12-cv-11478-DRH |
| *Jessica Mahoney v. Bayer Corporation et al* | No. 12-cv-11302-DRH |
| *Lacie A. Makary v. Bayer Healthcare Pharmaceuticals, Inc. et al* | No. 11-cv-12282-DRH |
| *Heather Marshall v. Bayer Healthcare Pharmaceuticals, Inc. et al* | No. 10-cv-12815-DRH |
| *Michelle Mash v. Bayer Healthcare Pharmaceuticals, Inc. et al* | No. 10-cv-11741-DRH |
| *Kady Matthisen v. Bayer Healthcare Pharmaceuticals, Inc. et al* | No. 13-cv-10299-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 31, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: __/s/*Caitlin Fischer*__
          **Deputy Clerk**

**Dated:** August 1, 2014

David R. Herndon
2014.08.01
14:03:01
-05'00'

**APPROVED:**
          **CHIEF JUDGE**
          **U. S. DISTRICT COURT**

2